**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ROBIN LUCKHART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **NO.  09-422-JPG** |
| | ) | |
| **SOUTHERN ILLINOIS** | ) | |
| **RIVERBOAT/CASINO CRUISES,** | ) | |
| **INC. d/b/a HARRAH'S** | ) | |
| **METROPOLIS CASINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by all counsel of

record advising this Court that the above action has been settled; and/or having been advised by

counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without

costs.

DATED:  September 29, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

BY: s/Jina Hoyt, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
               J. PHIL GILBERT
               U. S. DISTRICT JUDGE